Fill in this information to identify your case:

Debtor 1: **Shari J Thorp**
First Name / Middle Name / Last Name

Debtor 2: **Dwayne A Thorp**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number: _____
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

Official Form 113
# Chapter 13 Plan

12/17

## Part 9: Signature(s):

### 9.1 Signatures of Debtor(s) and Debtor(s)' Attorney

If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.

X *[signed]* Shari J Thorp
Signature of Debtor 1

X *[signed]* Dwayne A Thorp
Signature of Debtor 2

Executed on **June 15, 2023**

Executed on **June 15, 2023**

X _____
**David H. Cutler 034403**
Signature of Attorney for Debtor(s)

Date **June 15, 2023**

By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Shari J Thorp
**Shari J Thorp**
Signature of Debtor 1

/s/ Dwayne A Thorp
**Dwayne A Thorp**
Signature of Debtor 2

Executed on  June 15, 2023
MM / DD / YYYY

Executed on  June 15, 2023
MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1: **Shari J Thorp**
First Name  Middle Name  Last Name

Debtor 2: **Dwayne A Thorp**
(Spouse if, filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 107
### Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_/s/ Shari J Thorp_     _/s/ Dwayne A Thorp_
Shari J Thorp           Dwayne A Thorp
Signature of Debtor 1   Signature of Debtor 2

Date June 15, 2023     Date June 15, 2023

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**United States Bankruptcy Court**
**Northern District of Illinois**

In re: Shari J Thorp
Dwayne A Thorp
Debtor(s)

Case No.
Chapter  13

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  24

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: June 15, 2023

*/s/ Shari J Thorp*
Shari J Thorp
Signature of Debtor

Date: June 15, 2023

*/s/ Dwayne A Thorp*
Dwayne A Thorp
Signature of Debtor

Fill in this information to identify your case:

Debtor 1  **Shari J Thorp**

Debtor 2  **Dwayne A Thorp**
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(if known)

Check as directed in lines 17 and 21:

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

**Part 4:  Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  *Shari J Thorp* (signature)
**Shari J Thorp**
Signature of Debtor 1

Date  **June 15, 2023**
MM / DD / YYYY

X  *Dwayne A Thorp* (signature)
**Dwayne A Thorp**
Signature of Debtor 2

Date  **June 15, 2023**
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Shari | J | Thorp |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Dwayne | A | Thorp |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Shari J Thorp
Shari J Thorp
Signature of Debtor 1

X /s/ Dwayne A Thorp
Dwayne A Thorp
Signature of Debtor 2

Date June 15, 2023

Date June 15, 2023

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

|   |   |   |
|---|---|---|
| Filing Fees | | $ 313.00 |
| Mailings/copies | | $ 25.00 |
| | | $ 0.00 |
| | | $ 0.00 |
| C. | Total Fees and Estimated Expenses: | $ 4,838.00 |
| | Advance payment by debtor: | $ 0.00 |
| | Balance owed by debtor: | $ 4,838.00 |

*Shari J Thorp* (signature)
Shari J Thorp
Debtor

*Dwayne A Thorp* (signature)
Dwayne A Thorp
Debtor

Date: June 15, 2023

David H. Cutler 034403
Lawyer

Date: June 15, 2023

5